No. 158. WEBB v. RAGEN, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 159. NEW YORK EX REL. SMITH v. MORHOUS, WARDEN. October 9, 1944. Petition for writ of certiorari to the Washington County Court, State of New York, denied. *John P. Smith, pro se. Messrs. Nathaniel L. Goldstein,* Attorney General of New York, *Orrin G. Judd,* Solicitor General, *Wendell P. Brown,* First Assistant Attorney General, *Patrick H. Clune,* and *Herman N. Harcourt,* Assistant Attorneys General, for respondent.

No. 163. NEW YORK EX REL. MONTAGNO v. MORHOUS, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of New York denied. *Michael Montagno, pro se. Messrs. Nathaniel L. Goldstein,* Attorney General of New York, *Orrin G. Judd,* Solicitor General, *Wendell P. Brown,* First Assistant Attorney General, *Patrick H. Clune,* and *Herman N. Harcourt,* Assistant Attorneys General, for respondent.

No. 164. ADAMS v. NIERSTHEIMER, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 165. WHALEY v. UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. F. Kemp* for petitioner. *Solicitor General Fahy, Assistant Attorney*